# Court of Appeals
# of the State of Georgia

ATLANTA,  September 24, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0012.  REGINALD R. CLARKE, JR. v. SHARON L. CLARKE.**

The Applicant has timely moved for an extension of time to file an application for discretionary appeal. The motion is hereby GRANTED. *See* OCGA § 5-6-39 (a) (5); Court of Appeals Rule 31 (i). The Applicant shall file an application by October 16, 2017.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  09/24/2017
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*